IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER MARSHALL,
aka ALEXANDER BAILEY,

    Plaintiff,

vs.

CALIFORNIA SUPREME COURT,
U.S. ATTORNEY, U.S. MARSHALS OFFICE,

    Defendants.

No. C 12-00977 YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: January 22, 2013

                                  YVONNE GONZALEZ ROGERS
                                  UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.12\Marshall0977.jud.frm